NUMBER 13-07-00678-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

GERALD SANSING, Appellant,


v.



DEL MAR COLLEGE, Appellee.

_____________________________________________________________


On appeal from the 319th District Court of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Vela


Memorandum Opinion Per Curiam


 Appellant, Gerald Sansing, has filed an unopposed motion to dismiss his appeal of
his claims against Del Mar College, and, pursuant to Texas Rule of Appellate Procedure
42.1(a), moves to dismiss Del Mar College from this suit, with each party to bear its own
appellate costs and attorney's fees. 

 Texas Rule of Appellate Procedure 42.1 allows this Court to dismiss an appeal
unless disposition would prevent a party from seeking relief to which it would otherwise be
entitled. See Tex. R. App. P. 42.1(a)(1). In addition, Rule 42.1 expressly allows for a
severance on appeal to dispose of a severable portion of the proceeding if a severance will
not prejudice the remaining parties. See id. 42.1(b). 

 The Court, having considered the documents on file and appellant's unopposed
motion to dismiss his appeal against Del Mar College, is of the opinion that the motion
should be granted. See id. 42.1(a). Appellant's appeal against Carlos Garcia is ordered
SEVERED and will be docketed in this Court under cause number 13-08-211-CV, and will
proceed in due course. 

 Appellant's motion to dismiss his appeal against Del Mar College is hereby granted
and his appeal is DISMISSED. Each party will bear its own appellate costs and attorney's
fees. See Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs
against the appellant.").


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 12th day of June, 2008.